ROBERT QUELCH, an Infant under the Age of Fourteen years, by VERONICA QUELCH, His Guardian ad Litem, Respondent, v. MABEL MILLER, Appellant, and

* Appeal dismissed, 260 N. Y. 565. † Revd., 260 N. Y. 223.

Others.— Judgment and order affirmed, with costs.    All concur, except Hill, J., who dissents and votes for reversal and for a new trial.    McNamee, J., not voting.